Robin L. GOLDSMITH, Plaintiff—
Appellant,

v.

Fred QUEEN, Facilities Maintenance Instructor, Prunytown Correctional Center; David Proctor, D.O., Huttonsville Correctional Center, Defendants—Appellees,

and

Jim Ielapi, Warden, Prunytown Correctional Center; Wexford Health Sources; Teresa Waid, Warden, Huttonsville Correctional Center; Jim Rubenstein, Commissioner, WV Division of Corrections; Ronald Morino, Defendants.

No. 10–6114.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 10, 2011.

Decided: Jan. 27, 2011.

Robin L. Goldsmith, Appellant Pro Se. Thomas E. Buck, Bailey & Wyant, PLLC, Wheeling, West Virginia; Philip Cameron Petty, Rose Padden & Petty, LC, Fairmont, West Virginia, for Appellees.

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin L. Goldsmith appeals the district court's order denying reconsideration of its order accepting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Goldsmith v. Queen,* No. 5:08–cv00171–FPS–JES (N.D. W. Va. Jan. 15, 2010); 2010 WL 55475 (Jan. 4, 2010); 2009 WL 3764520 (Nov. 9, 2009); 2009 WL 1884469 (June 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*